# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:12 CV 281

| | |
|---|---|
| THE WELLNESS GROUP, LLC, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| V ) | **ORDER** |
| ) | |
| KING BIO, INC., ) | |
| ) | |
| Defendant ) | |

**THIS MATTER** is before the court on Adjoa Linzy's Application for Admission to Practice *Pro Hac Vice* of James D. Wareham. It appearing that James D. Wareham is a member in good standing with the Washington, DC State Bar and will be appearing with Adjoa Linzy, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Adjoa Linzy's Application for Admission to Practice *Pro Hac Vice* (#2) of James D. Wareham is **GRANTED**, and that James D. Wareham is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Adjoa Linzy.

Signed: September 12, 2012

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge