IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
Civil No. 1:12-cv-281

| | |
|---|---|
| THE WELLNESS GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| KING BIO, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pending before the Court is the Consent Motion Modify Expert Report Deadlines [# 26]. The parties move the Court to modify the Pretrial Order and Case Management Plan to allow for additional time to disclose expert reports. For good cause shown, the Court **GRANTS** the motion [# 26]. Plaintiff's expert report is due March 15, 2013. Defendant's expert report is due May 1, 2013.

Signed: January 23, 2013

Dennis L. Howell
United States Magistrate Judge