IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:12 CV 281

| THE WELLNESS GROUP, LLC, | ) | |
|---|---|---|
| Plaintiff | ) | |
| V | ) | ORDER |
| KING BIO, INC., | ) | |
| Defendant | ) | |

**THIS MATTER** is before the court on Farah Lisa Whitley-Sebti's Application for Admission to Practice *Pro Hac Vice* of Adam J. Van Alstyne. It appearing that Adam J. Van Alstyne is a member in good standing with the Washington, DC State Bar and will be appearing with Farah Lisa Whitley-Sebti, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Farah Lisa Whitley-Sebti's Application for Admission to Practice *Pro Hac Vice* (#30) of Adam J. Van Alstyne is **GRANTED**, and that Adam J. Van Alstyne is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Farah Lisa Whitley-Sebti.

Signed: February 20, 2013

Dennis L. Howell
United States Magistrate Judge