THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00281-MR-DLH

| | |
|---|---|
| THE WELLNESS GROUP, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| ) | |
| KING BIO, INC., DR. FRANK J. ) | |
| KING, JR., SUZIE R. KING, DAVID ) | |
| GERHARDT, and MICHAEL N. ) | |
| WHITTAKER, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Revise Date to Submit Motions *in Limine* [Doc. 119].

For the reasons stated in the motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the parties' Joint Motion [Doc. 119] is **GRANTED**. The parties shall file any motions *in limine* on or before **April 22, 2014**. Responses to motions *in limine* shall be filed on or before **April 28, 2014 at noon**.

**IT IS SO ORDERED.**

Signed: April 14, 2014

Martin Reidinger
United States District Judge